IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NICOLE WENSIL,

     Petitioner,

v.                                                          4:14cv444–WS/CAS

WARDEN OF FCI TALLAHASSEE,

     Respondent.

_____

### ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (doc. 10) docketed November 4, 2016. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed for lack of jurisdiction. The petitioner has filed no objections to the report and recommendation.

Having considered the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 10) is

ADOPTED and incorporated by reference into this order of the court.

     2.  The petitioner's § 2241 petition for writ of habeas corpus is DISMISSED

for lack of subject matter jurisdiction.

     3.  The clerk is directed to enter judgment stating: "The petitioner's § 2241

petition for writ of habeas corpus is DISMISSED."

     DONE AND ORDERED this __6th__ day of __December__, 2016.


           s/ William Stafford_____
           WILLIAM STAFFORD
           SENIOR UNITED STATES DISTRICT JUDGE